# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| DAVID LOYD, | ) |
| Plaintiff, | ) |
| VS. | ) No. 2:21-cv-00079 |
| | ) JURY DEMAND |
| WAL-MART ASSOCIATES, INC., | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant Wal-Mart Associates, Inc., hereby gives notice of the removal pursuant to 28 U.S.C. § 1441 et. seq., of the following action filed against it: <u>David Loyd v. Wal-Mart Associates, Inc.</u>, in the Circuit Court for Cocke County, Tennessee, No. 32,249 I.

A copy of the summons is attached as Exhibit A. A copy of the petition is attached as Exhibit B[1]. Plaintiff is a citizen and resident of Cocke County, Tennessee.

Wal-Mart Associates, Inc. is a Delaware corporation. Wal-Mart Associates, Inc. is a directly and wholly owned subsidiary of Wal-Mart Stores, Inc., a Delaware corporation. The principal place of business for both entities mentioned is 708 S.W. 8th Street, Bentonville, Arkansas 72712.

Jurisdiction is conferred under 28 U.S.C. § 1332 relating to diversity of citizenship of the parties. The parties are citizens of different states.

The amount in controversy is in excess of the federal jurisdictional requisite of $75,000. Plaintiff requests damages in excess of the jurisdictional limit for federal diversity jurisdiction cases.

Defendant Wal-Mart was served with process on April 7, 2021. Fewer than thirty days have

---

[1] The original petition contained 174 pages of exhibits, which will be filed with the court at a later date.

expired since service of process on Defendant. This Notice of Removal is timely filed as set forth in 28 U.S.C. § 1446(b).

WHEREFORE, Defendant hereby gives notice of the removal of this action pending in the Circuit Court of Cocke County, Tennessee, to the United States District Court for the Eastern District of Tennessee, Northeastern Division, and requests that the proceedings be held thereon.

    /s/ G. Andrew Rowlett
G. Andrew Rowlett, No. 16277
Stephen W. Elliott, No. 20062
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
arowlett@howell-fisher.com
selliott@howell-fisher.com
#615/244-3370
Attorneys for defendant

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed with the Court and was served by e-mail and U.S. Mail, postage prepaid, upon:

Melissia R. Ball
331 East Broadway
Newport, Tennessee 37821
melissiaball@bellsouth.net

this the 5th day of May, 2021.

    /s/ G. Andrew Rowlett